**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                Petitioners,                25 **CIVIL** 3443 (LJL)

    -against-                          **JUDGMENT**

MINT MAINTENANCE LLC,

                Respondent.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 24, 2025, the Petition is GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent as follows: Confirming the Award in all respects; Awarding Petitioners $9,796.94, plus interest from December 12, 2024, the date of the Award, at an annual rate of 10.5% pursuant to the Award, in the amount of $634.12; Awarding Petitioner $323.85 in costs arising from this proceeding; Awarding Petitioner $1,504.70 in attorneys' fees arising out of this proceeding; and Awarding Petitioners post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated**: New York, New York
        July 25, 2025

                                                  **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                    **BY:**       *K. Mango*

                                                  **Deputy Clerk**